ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/7/2015 10:51:48 AM
DEBBIE AUTREY
CLERK

06-15-00017-CV

No. 02-13-00359-CV

**IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

5/7/2015 12:17:00 PM

DEBBIE AUTREY
Clerk

**BILLY FITTS and FREIDA FITTS,**
**Appellants,**
**v.**
**MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP,
E. TODD TRACY, and THE TRACY FIRM, Attorneys at Law,
Appellees.**

**On Appeal from the 71st District Court of Harrison County, Texas
Trial Court Cause No. 14-0150**

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANTS**

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, Billy Fitts and Freida Fitts, Appellants herein, and pursuant to TEX. R. APP. P. 10.5(b) and 55.7, files this Unopposed Motion for Extension of Time to File Brief of Appellants, and as grounds therefor, would respectfully show this Honorable Court the following:

1.      Respondents' Brief is currently due on Friday, May 8, 2015. Appellants request an extension of thirty (30) days from that date to file their Brief, thereby extending the deadline to Friday, June 5, 2015 to file Appellants' Brief and would respectfully show that the facts relied upon to reasonably explain the need for an extension are as follows:

1

(a) The complete Clerk's Record was received on April 22, 2015. There had been a previous submission of the Clerk's Record, but the exhibits were not included. The Clerk's Record filed on April 22, 2015 included all of the exhibits attached to the motions for summary judgments forming the basis of this appeal and necessary for completion of Appellants' Brief.

(b) Furthermore, since the appeal was commenced, a significant amount of the undersigned attorney's time has been and will be consumed by the following:

- Ms. Rames is co-counsel for a defendant in a criminal case that is currently set for jury trial in Tarrant County, Texas on Monday, May 11, 2015. A considerable amount of time has been spent in preparation for trial.

- Ms. Rames is appellate counsel for Appellees in *Michele Schols v. Michell Anne Kimball and Kimball-Hicks Partnership* currently pending in the Fifth Court of Appeals, Dallas, Texas, Case No. 05-15-00443-CV. Ms. Rames has also been involved in litigation and arbitration related to the underlying lawsuit.

- Ms. Rames is counsel for Plaintiffs in *Philip Gregory Byrd, et al. v. Phillip Galyen, P.C., et al*, in the 342nd District Court of Tarrant County, Texas, Case No. 199-02570-2013. The case was recently remanded from the Second Court of Appeals and petition denied by the Texas Supreme Court. A considerable amount of time has been spent on the matter.

2. No prior extensions have been requested or granted to Appellants.

3. This motion is not filed for delay purposes and will not prejudice Appellees.

4. CERTIFICATE OF CONFERENCE: On May 6, 2014, the undersigned counsel for Appellants conferred with counsel for Appellees, Shawn Phelan and Lindsay Nutt, concerning this motion, and the motion is unopposed.

Appellants Billy Fitts and Freida Fitts respectfully pray that this Court grant an extension of time of thirty (30) days for filing Appellants' Brief until Friday, June 5, 2015.

Respectfully submitted,

/s/ Lindsey M. Rames
LINDSEY M. RAMES
State Bar No. 24072295
RAMES LAW FIRM, P.C.
Texas Bar No. 24072295
5661 Mariner Drive
Dallas, TX 75237
Telephone: 214.884.8860
Facsimile:  888.482.8894
Email: lindsey@rameslawfirm.com

CARTER L. HAMPTON
State Bar No. 08872100
HAMPTON & ASSOCIATES, P.C.
1000 Houston Street, Fourth Floor
Fort Worth, TX 76102
Telephone: 817.877.4202
Facsimile:  817.877.4204
Email: clhampton@hamptonlawonline.com

**ATTORNEYS FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I, Lindsey M. Rames, the undersigned attorney, does hereby certify that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANTS was served upon counsel for all Appellees via electronic service on May 7, 2015.

/s/ Lindsey M. Rames
LINDSEY M. RAMES